UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALEJANDRO SANDOVAL-GARCIA,

Petitioner,

v.

PAMELA BONDI, Attorney General of the United States, in her official capacity, et al.,

Respondents.

Case No.: 25cv3738-LL-MSB

**ORDER SETTING STATUS CONFERENCE**

In light of the parties' settlement in principle on the motion for EAJA fees [ECF Nos. 8, 20] and the multiple extensions on the briefing [ECF Nos. 11, 13, 15, 17, 19, 21], the Court sets a status conference for **September 29, 2026** at **10:00 a.m.** in Courtroom 14B. If the motion for EAJA fees is withdrawn prior to September 29, 2026, the status conference will be automatically vacated.

**IT IS SO ORDERED.**

Dated: September 4, 2026

Honorable Linda Lopez
United States District Judge